**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Masata Keita a/k/a Masata K. Shannon<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 22-12692 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of MidFirst Bank and index same on the master mailing list.

                                    Respectfully submitted,

                                    /s/ **Brian C. Nicholas**
                                    Brian Nicholas
                                    17 Oct 2022, 13:52:27, EDT

                                  KML Law Group, P.C.
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA 19106-1532
                                  (215) 627-1322