# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Masata Keita a/k/a Masata K. Shannon<br>　　　　　　　Debtor(s) | |
| MidFirst Bank, its successors and/or assigns<br>　　　　　　　Movant<br>　　　vs. | CHAPTER 13 |
| Masata Keita a/k/a Masata K. Shannon<br>　　　　　　　Debtor(s) | NO. 22-12692 PMM |
| Scott F. Waterman<br>　　　　　　　Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of MidFirst Bank, which was filed with the Court on or about **November 23, 2022, docket number 13**.

Dated: February 16, 2023

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/Brian C. Nicholas
　　　　　　　　　　　　　　　　　　　　Brian C. Nicholas, Esq.
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322
　　　　　　　　　　　　　　　　　　　　dcarlon@kmllawgroup.com