**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Masata Keita** | **Case # 22-12692-PMM** |
| **Debtors** | **CHAPTER 13** |

## PRAECIPE TO WITHDRAW

Kindly withdraw the Proposed Order, #34 filed on April 4, 2023.

Respectfully Submitted,

Date: April 4, 2023

By: */s/Charles Laputka, Esquire*
CHARLES LAPUTKA, Esquire
PA I.D. No. 91984
Attorney for Debtor
1344 W. Hamilton St.
Allentown, PA 18102
Phone: (610)477-0155
Fax: (484) 350-3581
claputka@laputkalaw.com