# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Masata Keita a/k/a Masata K. Shannon<br>                Debtor(s)<br><br>MidFirst Bank, its successors and/or assigns<br>                Movant<br>     vs.<br><br>Masata Keita a/k/a Masata K. Shannon<br>                Debtor(s)<br><br>Scott F. Waterman<br>                Trustee | CHAPTER 13<br><br><br><br>NO. 22-12692 PMM<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Motion for Relief of MidFirst Bank, which was filed with the Court on or about February 8, 2023.

Dated: June 5, 2023

                                        Respectfully submitted,

                                        /s/ Michael P. Farrington
                                        Michael P. Farrington, Esq.
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        Phone: (215)-627-1322
                                        mfarrington@kmllawgroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Masata Keita a/k/a Masata K. Shannon** | **BK NO. 22-12692 PMM** |
| **Debtor(s)** | **Chapter 13** |
| **MidFirst Bank** | |
| **Movant** | |
| **vs.** | |
| **Masata Keita a/k/a Masata K. Shannon** | |
| **Debtor(s)** | |
| **Scott F. Waterman**, | |
| **Trustee** | |

## CERTIFICATE OF SERVICE
## PRAECIPE TO WITHDRAW

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>June 8, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Masata Keita a/k/a Masata K. Shannon
5835 Shepherd Hills Avenue
Allentown, PA 18106

<u>Attorney for Debtor(s) (via ECF)</u>
Charles Laputka, Esq.
1344 W. Hamilton Street
Allentown, PA 18102

<u>Trustee (via ECF)</u>
Scott F. Waterman
Standing Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service: electronic means or first-class mail.

Dated: <u>June 8, 2023</u>

*/s/ Michael P. Farrington*
Michael P. Farrington Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com