United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 22-12692-pmm

Masata Keita     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3
Date Rcvd: Jun 29, 2023     Form ID: 155     Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Masata Keita, 5835 Shepherd Hills Ave, Allentown, PA 18106-9604 |
| 14726982 | + | First Commonwealth Federal Credit Union, 257 Brodhead Road, Bethlehem, PA 18017-8938 |
| 14729054 | + | MidFirst Bank, C/O Brian C. Nicholas, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14726993 | + | Troken K. Shannon, 2031 Vine St - Apt 6, Allentown, PA 18103-5759 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14726973 | + | Email/Text: bankruptcy@rentacenter.com | Jun 30 2023 00:34:00 | Acceptance Now, 5501 Headquarters Dr, Plano, TX 75024-6191 |
| 14726974 | + | Email/Text: bsimmons@amsher.com | Jun 30 2023 00:34:00 | Amsher Collection Service, 4524 Southlake Pkwy Ste 15, Birmingham, AL 35244-3271 |
| 14728820 | | Email/Text: bankruptcy@cbtno.com | Jun 30 2023 00:33:00 | CRESCENT BANK AND TRUST, PO BOX 2829, Addison, TX 75001 |
| 14726975 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 30 2023 00:41:22 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14726976 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 30 2023 00:41:19 | Capital One Auto Finance, CB Disputes Team, PO Box 259407, Plano, TX 75025-9407 |
| 14727890 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 30 2023 00:41:43 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14729745 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 30 2023 00:41:28 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14737643 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 30 2023 00:41:07 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14731448 | | Email/Text: bnc-quantum@quantum3group.com | Jun 30 2023 00:34:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 14726977 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 30 2023 00:34:00 | Comenity Bank/Victoria's Secret, 6939 Americana Parkway, Reynoldsburg, OH 43068-4138 |
| 14726978 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 30 2023 00:34:00 | Credit Control Services Inc, 725 Canton St, Norwood, MA 02062-2609 |
| 14726979 | + | Email/Text: bankruptcy@cbtno.com | Jun 30 2023 00:34:00 | Crescent Bank & Trust, 200 Gibraltar Rd, Horsham, PA 19044-2324 |
| 14726981 | | Email/Text: mrdiscen@discover.com | Jun 30 2023 00:33:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |

Case 22-12692-pmm    Doc 52    Filed 07/01/23    Entered 07/02/23 00:29:38    Desc Imaged
Certificate of Notice    Page 2 of 4

| | | | |
|---|---|---|---|
| District/off: 0313-4 | | User: admin | Page 2 of 3 |
| Date Rcvd: Jun 29, 2023 | | Form ID: 155 | Total Noticed: 40 |

| Recipient ID | Flag | Notice Method | Date/Time | Name & Address |
|---|---|---|---|---|
| 14726980 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 30 2023 00:34:00 | Dept of Ed/NelNet, PO Box 82561, Lincoln, NE 68501-2561 |
| 14729315 | | Email/Text: mrdiscen@discover.com | Jun 30 2023 00:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14726983 | ^ | MEBN | Jun 30 2023 00:31:40 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14726984 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 30 2023 00:33:00 | Kohls/CapOne, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14726985 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 30 2023 00:41:00 | LVNV Funding LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 14730492 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 30 2023 00:41:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14726986 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 30 2023 00:41:44 | Macys/DSNB, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 14741861 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 30 2023 00:41:23 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14726987 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 30 2023 00:34:00 | Midland Credit Management, 320 E Big Beaver, 300, Troy, MI 48083-1271 |
| 14730006 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 30 2023 00:34:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14726988 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 30 2023 00:41:02 | Midland MTG/MidFirst, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 14732256 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jun 30 2023 00:34:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095 |
| 14742871 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 30 2023 00:34:00 | NORDSTROM, INC, Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 14726989 | + | Email/Text: bnc@nordstrom.com | Jun 30 2023 00:34:20 | Nordstrom/TD Bank USA, 13531 E Caley Ave, Englewood, CO 80111-6504 |
| 14734613 | | Email/Text: bnc-quantum@quantum3group.com | Jun 30 2023 00:34:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14732069 | | Email/Text: bnc-quantum@quantum3group.com | Jun 30 2023 00:34:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14734885 | | Email/Text: bnc-quantum@quantum3group.com | Jun 30 2023 00:34:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14726990 | + | Email/Text: clientservices@remexinc.com | Jun 30 2023 00:34:00 | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 14726991 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 30 2023 00:41:00 | Secretary of Housing & Urban Development, 451 Seventh Street SW, Washington, DC 20410-8000 |
| 14726992 | + | Email/Text: bncmail@w-legal.com | Jun 30 2023 00:34:00 | TD Bank USA/Target Credit, PO Box 1470, Minneapolis, MN 55440-1470 |
| 14732970 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 30 2023 00:34:00 | U.S. Department of Education c/o Nelnet, 121 S 13th Street, Lincoln, NE 68508-1904 |
| 14740308 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 30 2023 00:41:19 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14726994 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 30 2023 00:33:00 | Verizon Wireless, PO Box 26055, Minneapolis, MN 55426-0055 |

TOTAL: 36

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Jun 29, 2023 | Form ID: 155 | Total Noticed: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14730008 | *+ | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2023  Signature: /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| CHARLES LAPUTKA | on behalf of Debtor Masata Keita claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor MIDFIRST BANK mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Masata Keita
    Debtor(s)
                                    Chapter: 13
                                    Bankruptcy No: 22−12692−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this June 29, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                               Patricia M. Mayer
                                               Judge, United States Bankruptcy Court

                                                                          51
                                                                     Form 155