**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Masata Keita** | Case # 22-12692-PMM |
| **Debtors** | CHAPTER 13 |

## NOTICE OF CHANGE OF ADDRESS

I, Charles Laputka, Esquire, hereby state that the Debtor, Masata Keita's new address is:

262 West Snyder Avenue
Lansford PA 18232

Date: July 26, 2023

Laputka Law Office, LLC

/s/ Charles Laputka, Esquire
Charles Laputka, Esq.
Attorney for Debtor
PAID: 91984
1344 W. Hamilton St.
Allentown, PA 18102