Certificate Number: 17082-PAM-DE-037628276

Bankruptcy Case Number: 22-12692



17082-PAM-DE-037628276

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 27, 2023, at 3:02 o'clock PM MST, MASATA KEITA completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   July 27, 2023              By:   /s/Orsolya K Lazar

                                   Name: Orsolya K Lazar

                                   Title: Executive Director