Certificate Number: 17082-PAE-DE-037629267

Bankruptcy Case Number: 22-12692



17082-PAE-DE-037629267

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 27, 2023, at 3:02 o'clock PM MST, MASATA KEITA completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  July 28, 2023

By:  /s/Mary J Miller

Name:  Mary J Miller

Title:  Certified Credit Counselor