United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 22-12692-pmm
Masata Keita | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3
Date Rcvd: Jul 28, 2023      Form ID: 138OBJ      Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Masata Keita, 262 West Snyder Avenue, Lansford, PA 18232-1118 |
| 14726982 | + | First Commonwealth Federal Credit Union, 257 Brodhead Road, Bethlehem, PA 18017-8938 |
| 14729054 | + | MidFirst Bank, C/O Brian C. Nicholas, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14726993 | + | Troken K. Shannon, 2031 Vine St - Apt 6, Allentown, PA 18103-5759 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jul 28 2023 22:57:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 28 2023 22:57:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14726973 | + | Email/Text: bankruptcy@rentacenter.com | Jul 28 2023 22:57:00 | Acceptance Now, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 14726974 | + | Email/Text: bsimmons@amsher.com | Jul 28 2023 22:57:00 | Amsher Collection Service, 4524 Southlake Pkwy Ste 15, Birmingham, AL 35244-3271 |
| 14728820 | | Email/Text: bankruptcy@cbtno.com | Jul 28 2023 22:57:00 | CRESCENT BANK AND TRUST, PO BOX 2829, Addison, TX 75001 |
| 14726975 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 28 2023 23:08:57 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14726976 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jul 28 2023 23:08:50 | Capital One Auto Finance, CB Disputes Team, PO Box 259407, Plano, TX 75025-9407 |
| 14727890 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 28 2023 23:08:50 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14729745 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 28 2023 23:08:54 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14737643 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 28 2023 23:08:51 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14731448 | | Email/Text: bnc-quantum@quantum3group.com | Jul 28 2023 22:57:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 14726977 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 28 2023 22:57:00 | Comenity Bank/Victoria's Secret, 6939 Americana Parkway, Reynoldsburg, OH 43068-4138 |
| 14726978 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 28 2023 22:57:00 | Credit Control Services Inc, 725 Canton St, Norwood, MA 02062-2609 |
| 14726979 | + | Email/Text: bankruptcy@cbtno.com | Jul 28 2023 22:57:00 | Crescent Bank & Trust, 200 Gibraltar Rd, |

Case 22-12692-pmm   Doc 62   Filed 07/30/23   Entered 07/31/23 00:32:04   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 28, 2023 | Form ID: 138OBJ | Total Noticed: 42 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Horsham, PA 19044-2324 |
| 14726981 | | Email/Text: mrdiscen@discover.com | Jul 28 2023 22:57:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 14726980 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 28 2023 22:57:00 | Dept of Ed/NelNet, PO Box 82561, Lincoln, NE 68501-2561 |
| 14729315 | | Email/Text: mrdiscen@discover.com | Jul 28 2023 22:57:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14726983 | ^ | MEBN | Jul 28 2023 22:56:18 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14726984 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 28 2023 22:57:00 | Kohls/CapOne, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14726985 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 28 2023 23:08:51 | LVNV Funding LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 14730492 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 28 2023 23:08:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14726986 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2023 23:08:58 | Macys/DSNB, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 14741861 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 28 2023 23:08:50 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14726987 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 28 2023 22:57:00 | Midland Credit Management, 320 E Big Beaver, 300, Troy, MI 48083-1271 |
| 14730006 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 28 2023 22:57:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14726988 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 28 2023 23:08:50 | Midland MTG/MidFirst, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 14732256 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jul 28 2023 22:57:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095 |
| 14742871 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 28 2023 22:57:00 | NORDSTROM, INC, Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 14726989 | + | Email/Text: bnc@nordstrom.com | Jul 28 2023 22:57:27 | Nordstrom/TD Bank USA, 13531 E Caley Ave, Englewood, CO 80111-6504 |
| 14734613 | | Email/Text: bnc-quantum@quantum3group.com | Jul 28 2023 22:57:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14732069 | | Email/Text: bnc-quantum@quantum3group.com | Jul 28 2023 22:57:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14734885 | | Email/Text: bnc-quantum@quantum3group.com | Jul 28 2023 22:57:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14726990 | + | Email/Text: clientservices@remexinc.com | Jul 28 2023 22:57:00 | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 14726991 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jul 28 2023 23:08:57 | Secretary of Housing & Urban Development, 451 Seventh Street SW, Washington, DC 20410-8000 |
| 14726992 | + | Email/Text: bncmail@w-legal.com | Jul 28 2023 22:57:00 | TD Bank USA/Target Credit, PO Box 1470, Minneapolis, MN 55440-1470 |
| 14732970 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 28 2023 22:57:00 | U.S. Department of Education c/o Nelnet, 121 S 13th Street, Lincoln, NE 68508-1904 |
| 14740308 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 28 2023 23:08:55 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14726994 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 28 2023 22:57:00 | Verizon Wireless, PO Box 26055, Minneapolis, |

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Jul 28, 2023 | Form ID: 138OBJ | Total Noticed: 42

MN 55426-0055

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14730008 | *+ | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 30, 2023          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2023 at the address(es) listed below:

**Name** — **Email Address**

BRIAN CRAIG NICHOLAS
 on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

CHARLES LAPUTKA
 on behalf of Debtor Masata Keita claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com

DENISE ELIZABETH CARLON
 on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
 on behalf of Creditor MIDFIRST BANK mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
 ECFMail@ReadingCh13.com

United States Trustee
 USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Masata Keita

        Debtor(s)                 Case No: 22−12692−pmm

                                                Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 7/28/23

61 − 53
Form 138OBJ