| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 22-12692-PMM**

Masata Keita  
262 WEST SMYDER AVENUE  
LANSFORD  PA    18232

Petition Filed Date: 10/06/2022  
341 Hearing Date: 11/15/2022  
Confirmation Date: 06/29/2023

Case Status: Completed on 5/19/2023

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/15/2023 | $1,100.00 | | 03/08/2023 | $855.00 | | 05/19/2023 | $58,400.36 | 71552 |

**Total Receipts for the Period:  $60,355.36    Amount Refunded to Debtor Since Filing:  $4,552.79    Total Receipts Since Filing: $60,355.36**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,788.00 | $2,788.00 | $0.00 |
| 1 | CRESCENT BANK & TRUST<br>»» 001 | Secured Creditors | $28,355.21 | $28,355.21 | $0.00 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $475.08 | $475.08 | $0.00 |
| 3 | CAPITAL ONE AUTO FINANCE<br>»» 003 | Unsecured Creditors | $9,680.33 | $9,680.33 | $0.00 |
| 4 | MIDLAND CREDIT MANAGEMENT INC<br>»» 004 | Unsecured Creditors | $955.24 | $955.24 | $0.00 |
| 5 | MIDLAND CREDIT MANAGEMENT INC<br>»» 005 | Unsecured Creditors | $738.92 | $738.92 | $0.00 |
| 6 | MIDLAND CREDIT MANAGEMENT INC<br>»» 006 | Unsecured Creditors | $707.43 | $707.43 | $0.00 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $475.21 | $475.21 | $0.00 |
| 8 | CITIBANK NA<br>»» 008 | Unsecured Creditors | $938.83 | $938.83 | $0.00 |
| 9 | QUANTAUM3 GROUP LLC AS AGENT FOR<br>»» 009 | Unsecured Creditors | $462.56 | $462.56 | $0.00 |
| 10 | QUANTAUM3 GROUP LLC AS AGENT FOR<br>»» 010 | Unsecured Creditors | $360.28 | $360.28 | $0.00 |
| 11 | NEW JERSEY TURNPIKE AUTHORITY<br>»» 011 | Unsecured Creditors | $612.00 | $612.00 | $0.00 |
| 12 | US DEPARTMENT OF EDUCATION<br>»» 012 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 013 | Unsecured Creditors | $1,684.36 | $1,684.36 | $0.00 |
| 14 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 014 | Unsecured Creditors | $379.72 | $379.72 | $0.00 |
| 15 | LVNV FUNDING LLC<br>»» 015 | Unsecured Creditors | $271.25 | $271.25 | $0.00 |
| 16 | CAPITAL ONE BANK (USA) NA<br>»» 016 | Unsecured Creditors | $167.15 | $167.15 | $0.00 |

**Chapter 13 Case No. 22-12692-PMM**

| 17 | VERIZON BY AIS AS AGENT<br>»» 017 | Unsecured Creditors | $901.92 | $901.92 | $0.00 |
| 18 | MIDFIRST BANK<br>»» 018 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 019 | Unsecured Creditors | $846.40 | $846.40 | $0.00 |
| 0 | Masata Keita | Debtor Refunds | $4,552.79 | $4,552.79 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| Total Receipts: | $60,355.36 | Current Monthly Payment: | $0.00 |
|---|---|---|---|
| Paid to Claims: | $55,352.68 | Arrearages: | $0.00 |
| Paid to Trustee: | $5,002.68 | Total Plan Base: | $60,355.36 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.